

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | | |
|---|---|---|
| Nelson Mbony and Immaculate Mbony | | Chapter 7 |
| Debtors | | 23-40795-CJP |

## ORDER

**MATTER:**
#49 Motion filed by Joint Debtor Immaculate Mbony, Debtor Nelson Mbony to File Late Objection to 24 Motion to Lift Stay.

THE REQUEST OF THE DEBTORS FOR LEAVE TO FILE A LATE OBJECTION TO THE MOTION FOR RELIEF [DKT. NO. 24] IS GRANTED. IN ALLOWING THE FILING OF THE LATE OBJECTION, THE COURT IS NOT MAKING ANY DETERMINATION AS TO THE DEBTORS' STANDING TO OBJECT OR THE SUBSTANCE OF THEIR OPPOSITION.

THE MOTION FOR RELIEF IS SCHEDULED FOR HEARING ON 12/12/2023 AT 1:30 P.M. IN PERSON IN COURTROOM 3, 595 MAIN STREET, WORCESTER, MA, WITH AN OPTION TO APPEAR BY VIDEO, AND COUNSEL TO THE DEBTORS SHOULD BE PREPARED TO ADDRESS THE OBJECTION AT THAT HEARING.

Dated: 12/11/2023

By the Court,

Christopher J. Panos
United States Bankruptcy Judge