

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

Nelson Mbony and Immaculate Mbony

Debtors

Chapter 7
23-40795-CJP

## ORDER

**MATTER:**
#39 Objection to Homestead Exemption with certificate of service filed by Trustee Steven Weiss.

NO OBJECTIONS FILED AND GOOD CAUSE APPEARING FOR THE RELIEF REQUESTED, THE OBJECTION IS SUSTAINED. THE HEARING SCHEDULED FOR JANUARY 16, 2024 IS CANCELLED AS UNNECESSARY.

Dated: 01/11/2024

By the Court,

Christopher J. Panos
United States Bankruptcy Judge