**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) | Case No. 23-40795-CJP |
| NELSON MBONY AND | ) |  |
| IMMACULATE MBONY | ) |  |
|  | ) |  |
| Debtors | ) |  |
|  | ) |  |

## ORDER ON MOTION FOR RELIEF FROM STAY

The *Motion for Relief from Automatic Stay* [Dkt. No. 14] (the "Motion") of Freedom Mortgage Corporation (the "Movant") having come before the Court for hearing on January 30, 2024 (the "Hearing"), due notice appearing to have been given, the debtors having filed a late objection to the Motion, which the Court considered, and said objection having been overruled, and good cause appearing for the relief requested, for the reasons stated on the record at the Hearing, it is hereby ORDERED that:

1) The Movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to allow it to exercise its rights under its mortgage to conduct a foreclosure sale with respect to the property located at 60 Kings Field Rd, Dracut, Massachusetts 01826, as more particularly described in the Motion, and apply the proceeds from any sale of such property to the debtors' loan balance secured by such mortgage, and, if necessary, bring eviction proceedings against the debtor, all in accordance with applicable state and federal law.

2) The Movant shall provide the trustee and the debtors with an accounting regarding the sale within 30 days of the sale and all surplus funds after satisfaction of Movant's mortgage, if any, obtained by the Movant shall be remitted to the trustee upon written

request by the trustee or as may be directed by further order of the Court absent written direction provided by the trustee.

3) Sufficient cause not having been stated, the Court denies the Movant's request to waive the fourteen-day stay of this Order pursuant to Fed. R. Bankr. P. 4001(a)(3).

Dated: January 30, 2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge