

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | | |
|---|---|---|
| | Nelson Mbony and Immaculate Mbony | Chapter 7 |
| | | 23-40795-CJP |
| | Debtors | |

## ORDER

**MATTER:**

#89 Motion filed by Trustee Steven Weiss-W to Approve Compromise Under Rule 9019.

UPON CONSIDERATION OF THE MOTION OF STEVEN WEISS, CHAPTER 7 TRUSTEE, TO COMPROMISE CLAIMS IN DEBTORS' REAL ESTATE [DKT. NO. 89], NO OBJECTIONS HAVING BEEN FILED, AND GOOD CAUSE APPEARING FOR THE RELIEF REQUESTED, THE MOTION IS GRANTED AND THE COMPROMISE DESCRIBED IN THE MOTION IS APPROVED. THE TRUSTEE IS AUTHORIZED TO PERFORM ALL ACTIONS NECESSARY TO CONSUMMATE THE TERMS OF THE COMPROMISE. THE HEARING SCHEDULED FOR APRIL 9, 2024 IS CANCELLED.

Dated: 04/08/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge